## Case No. 14,074.

### TODD v. The EUPHRATES.

[Nowhere reported; opinion not now accessible.]